AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| POMCO, INC., | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:17-cv-87 (FJS/ATB) |
| POM-CO Partners, Inc., a/k/a POMCO, a/k/a Peace of Mind Company | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  POM-CO Partners, Inc., a/k/a POMCO, a/k/a Peace of Mind Company, 7 Southside Drive, Suite 206, Clifton Park, New York 12065.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward E. Kopko, Esq.
Edward E. Kopko, Lawyer, PC
308 North Tioga Street, Second Floor
Ithaca, New York  14850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:      01/27/2017                                                                 s/Kathy Rogers

*Signature of Clerk or Deputy Clerk*