UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

POMCO, Inc.,

    Plaintiff,

v.

POM-CO Partners, Inc. a/k/a POMCO,

    Defendant.

Case No. 5:17-cv-00087-FJS-ATB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, POMCO, Inc., and defendant POM-CO Partners, Inc. a/k/a POMCO that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Date: July 17, 2017
New York, NY

Edward E. Kopko, Lawyer, P.C.

_____
Edward E. Kopko
*Attorney for Plaintiff*
308 North Tioga St. 2nd Fl.
Ithaca, New York, 14850
Tel: 607-269-1300
Fax: 607-269-1301
Email: eek@kopkolaw.com

Sirotkin Varacalli & Hamra, LLP

_____
Douglas Varacalli
*Attorneys for Defendant*
110 E 59th St. Ste. 3200
New York, NY 10022
Tel: 646-590-0571
Fax: 646-619-4012
Email: DVaracalli@svhllp.com

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: July 18, 2017
        Syracuse, NY